**SHA-1 Hash:** FB9554382F176C383BD70156FDC35D99EA14ADE1    **Title:**    Busty Construction Girls
**Rights Owner:** Patrick Collins, Inc.

| DOE# | IP | Hit date (UTC) | City | State | ISP | Network |
|---|---|---|---|---|---|---|
| 1 | 68.36.183.137 | 5/5/2012 4:16 | Cranford | NJ | Comcast Cable | BitTorrent |
| 2 | 68.36.77.124 | 5/9/2012 2:06 | Barrington | NJ | Comcast Cable | BitTorrent |
| 3 | 68.36.99.234 | 5/8/2012 8:31 | Pennsville | NJ | Comcast Cable | BitTorrent |
| 4 | 68.37.210.134 | 5/5/2012 13:31 | Egg Harbor Township | NJ | Comcast Cable | BitTorrent |
| 5 | 68.39.151.91 | 5/24/2012 5:25 | Browns Mills | NJ | Comcast Cable | BitTorrent |
| 6 | 68.44.148.54 | 5/4/2012 15:44 | Absecon | NJ | Comcast Cable | BitTorrent |
| 7 | 68.44.15.151 | 5/6/2012 5:27 | Manahawkin | NJ | Comcast Cable | BitTorrent |
| 8 | 68.44.213.120 | 6/8/2012 4:30 | Irvington | NJ | Comcast Cable | BitTorrent |
| 9 | 68.44.80.114 | 5/25/2012 20:02 | Port Reading | NJ | Comcast Cable | BitTorrent |
| 10 | 68.46.26.87 | 6/1/2012 5:09 | Blackwood | NJ | Comcast Cable | BitTorrent |
| 11 | 68.83.60.232 | 5/7/2012 1:14 | Vineland | NJ | Comcast Cable | BitTorrent |
| 12 | 68.83.64.74 | 5/5/2012 3:34 | Maple Shade | NJ | Comcast Cable | BitTorrent |
| 13 | 68.83.89.16 | 6/4/2012 5:42 | Woodbury | NJ | Comcast Cable | BitTorrent |
| 14 | 69.142.187.142 | 5/4/2012 7:19 | Linden | NJ | Comcast Cable | BitTorrent |
| 15 | 69.248.28.90 | 5/30/2012 5:05 | Mount Holly | NJ | Comcast Cable | BitTorrent |
| 16 | 76.117.125.213 | 5/6/2012 8:09 | Union | NJ | Comcast Cable | BitTorrent |
| 17 | 76.117.13.228 | 5/4/2012 0:21 | Egg Harbor Township | NJ | Comcast Cable | BitTorrent |
| 18 | 76.117.36.120 | 5/7/2012 22:28 | Union | NJ | Comcast Cable | BitTorrent |
| 19 | 24.185.18.62 | 5/7/2012 6:35 | Edison | NJ | Optimum Online | BitTorrent |
| 20 | 24.185.19.172 | 5/4/2012 21:37 | Edison | NJ | Optimum Online | BitTorrent |
| 21 | 67.87.22.59 | 5/4/2012 2:29 | Highland Park | NJ | Optimum Online | BitTorrent |
| 22 | 68.199.100.22 | 5/4/2012 17:49 | Little Falls | NJ | Optimum Online | BitTorrent |

EXHIBIT A

CNJ8

| DOE# | IP | Hit date (UTC) | City | State | ISP | Network |
|---|---|---|---|---|---|---|
| 23 | 69.112.151.161 | 5/18/2012 0:24 | Montvale | NJ | Optimum Online | BitTorrent |
| 24 | 69.113.180.220 | 5/18/2012 15:38 | Union City | NJ | Optimum Online | BitTorrent |
| 25 | 69.120.160.48 | 6/6/2012 22:30 | Piscataway | NJ | Optimum Online | BitTorrent |
| 26 | 69.120.221.122 | 5/4/2012 2:01 | North Brunswick | NJ | Optimum Online | BitTorrent |
| 27 | 69.121.238.55 | 5/4/2012 14:53 | Paterson | NJ | Optimum Online | BitTorrent |
| 28 | 69.126.47.153 | 5/7/2012 2:15 | Passaic | NJ | Optimum Online | BitTorrent |
| 29 | 70.44.218.82 | 5/4/2012 1:51 | Newton | NJ | PenTeleData | BitTorrent |
| 30 | 67.250.75.39 | 5/24/2012 0:08 | Englewood Cliffs | NJ | Road Runner | BitTorrent |
| 31 | 108.25.113.22 | 5/14/2012 12:32 | Absecon | NJ | Verizon Internet Services | BitTorrent |
| 32 | 108.35.109.204 | 5/17/2012 22:52 | Belmar | NJ | Verizon Internet Services | BitTorrent |
| 33 | 108.50.194.64 | 5/29/2012 0:53 | Monroe Township | NJ | Verizon Internet Services | BitTorrent |
| 34 | 173.54.216.137 | 5/9/2012 15:44 | Passaic | NJ | Verizon Internet Services | BitTorrent |
| 35 | 173.63.106.118 | 6/1/2012 20:36 | East Rutherford | NJ | Verizon Internet Services | BitTorrent |
| 36 | 173.63.42.9 | 5/23/2012 13:52 | Freehold | NJ | Verizon Internet Services | BitTorrent |
| 37 | 173.63.91.203 | 5/4/2012 3:16 | Linden | NJ | Verizon Internet Services | BitTorrent |
| 38 | 173.63.97.250 | 5/4/2012 9:20 | Fair Lawn | NJ | Verizon Internet Services | BitTorrent |
| 39 | 173.72.56.83 | 5/4/2012 15:06 | Marlton | NJ | Verizon Internet Services | BitTorrent |
| 40 | 71.187.53.109 | 5/14/2012 23:55 | Palisades Park | NJ | Verizon Internet Services | BitTorrent |
| 41 | 71.188.116.184 | 5/4/2012 11:11 | Marlton | NJ | Verizon Internet Services | BitTorrent |
| 42 | 71.188.95.69 | 5/8/2012 4:19 | Williamstown | NJ | Verizon Internet Services | BitTorrent |
| 43 | 72.82.224.61 | 6/6/2012 1:51 | Pennington | NJ | Verizon Internet Services | BitTorrent |
| 44 | 72.88.140.41 | 5/13/2012 19:20 | Vauxhall | NJ | Verizon Internet Services | BitTorrent |
| 45 | 96.234.70.66 | 5/8/2012 1:37 | Springfield | NJ | Verizon Internet Services | BitTorrent |
| 46 | 96.240.5.27 | 5/11/2012 20:42 | Weehawken | NJ | Verizon Internet Services | BitTorrent |

EXHIBIT A

CNJ8

| DOE# | IP | Hit date (UTC) | City | State | ISP | Network |
|---|---|---|---|---|---|---|
| 47 | 96.242.237.13 | 5/25/2012 7:05 | Perth Amboy | NJ | Verizon Internet Services | BitTorrent |

EXHIBIT A

CNJ8