# UNITED STATES DISTRICT COURT
# OF NEW JERSEY

| | |
|---|---|
| PATRICK COLLINS, INC., <br><br> Plaintiff, <br><br> v. <br><br> JOHN DOES 1-47, <br><br> Defendants. | Case No. 2:12-cv-03906-SRC-CLW |

## ORDER ON PLAINTIFF'S SECOND MOTION FOR EXTENSION OF TIME WITHIN WHICH IT HAS TO EFFECTUATESERVICE ON JOHN DOE DEFENDANTS

THIS CAUSE came before the Court upon Plaintiff's Second Motion for Extension of Time Within Which it Has to Serve John Doe Defendants With a Summons and Complaint (the "Motion"), and the Court being duly advised in the premises does hereby:

ORDER AND ADJUDGE: Plaintiff's Motion is granted. Plaintiff shall have up to thirty (30) days after this Court enters a ruling on the pending motions [Dkt. 8 and 9] to effectuate service of a summons and Complaint upon the Defendants. The Clerk is Directed to terminate Dkt #'s 16 & 20.

SO ORDERED this 25th day of March, ~~2012~~. 2013.

By: _____
~~UNITED STATES DISTRICT JUDGE~~
Cathy L. Waldor, U.S.M.J.

1